FILED

2019 JUL 24 AM 9: 47

CENTRAL DIST.
LOS ANG

BY: _____

19 MJ03014

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*U.S.*

PLAINTIFF(S)

v.

*Andrew Doherty Kavoian*

DEFENDANT(S).

CASE NUMBER

*1:19-mJ-318*

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

*Complaint*

The above-named defendant was charged by: *U.S. Magistrate Judge John Anderson*
in the _*Eastern*_ District of _*Virginia*_ on _*7-12-2019*_
at _*4:00*_ ☐ a.m. / ☑ p.m. The offense was allegedly committed on or about _*Dec 2015 - June 2017*_
in violation of Title _*21*_ U.S.C., Section(s) _*841, 846*_
to wit: _*Conspiracy*_

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me and subscribed in my presence on _*7/24/19*_, by

_*Cindy Cam*_ , Deputy Clerk.

1202

Signature of Agent

_*S.A. Beau Bilek*_
Print Name of Agent

_*DEA*_
Agency

_*Special Agent*_
Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT